IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 96-50912
Summary Calendar

---

SAUL DAVID GONZALEZ,

Plaintiff-Appellant,

versus

JOHN J. CALLAHAN,
Acting Commissioner of Social Security,

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. EP-96-CV-69
- - - - - - - - - -
July 18, 1997

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Dr. Saul Gonzalez appeals the Commissioner's decision denying him a waiver of the recovery of overpaid disability benefits. We have reviewed the record and the briefs of the parties and hold that the Commissioner's decision employed the appropriate legal standards and was supported by substantial

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

evidence.  Austin v. Shalala, 994 F.2d 1170 (5th Cir. 1993); Bray v. Bowen, 854 F.2d 685 (5th Cir. 1988).

AFFIRMED.